Attorneys for Defendants, HEMET UNIFIED SCHOOL DISTRICT and MARCELLA GRAHAM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON MAGILL, G.A.L. FOR ARIANAH JANINA MAGILL,<br><br>Plaintiff,<br><br>vs.<br><br>HEMET UNIFIED SCHOOL DISTRICT; MARCELLA GRAHAM; and DOES 1 to 20, Inclusive,<br><br>Defendants. | CASE NO. EDCV 11-01686 CAS (DTBx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Christine A. Snyder – Ctrm 5*<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)**<br><br>*Complaint filed: September 16, 2011* |

**<u>ORDER</u>**

Pursuant to the parties' stipulation, and good cause appearing therefor, the Court now rules as follows:

1. The above-captioned action is dismissed with prejudice by Plaintiff as against Defendants, HEMET UNIFIED SCHOOL DISTRICT and MARCELLA GRAHAM, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2. Plaintiff hereby releases each of the Defendants and their respective employees, representatives, attorneys, and all persons acting by, through, under or in

concert with them, from any claims, demands, causes of action, costs, fees, and damages which Plaintiff may have arising from the facts giving rise to this litigation.

3. Defendants, HEMET UNIFIED SCHOOL DISTRICT and MARCELLA GRAHAM, hereby release Plaintiff and her representatives, attorneys, and all persons acting by, through, under or in concert with her, from any and all claims and counter/cross-claims, demands, causes of action, costs, fees, and damages which Defendants may have arising from the facts giving rise to this action, and from any and all claims and counter/cross-claims that Defendants may have based upon or arising from the filing of this action.

4. Each of the parties shall bear their own costs incurred in connection with this action and counter/cross-claims.

5. Plaintiff and Defendants HEMET UNIFIED SCHOOL DISTRICT and MARCELLA GRAHAM shall be solely responsible for their own costs of attorney's fees and any other costs or obligations which they may have incurred as a result of this lawsuit.

IT IS SO ORDERED.

DATED: March 26, 2012

By: *Christine A. Snyder*
**HON. CHRISTINE A. SNYDER**